# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:

| | |
|---|---|
| **John M. Breeden** | Case No. **14-36523** |
| 3232 Sherwood Ridge Way | Chapter 13 |
| Powhatan, VA 23139 | |
| SSN: xxx-xx-6710 | |
| Debtor | |

## MOTION TO SELL REAL PROPERTY

COMES NOW, John M. Breeden ("the Debtor"), by counsel, on his Motion to Sell Real Property. The Debtor states the following:

1.      This action is brought by Plaintiff, John M. Breeden, debtor in the above-captioned proceeding, to obtain this Court's permission for the sale of 3232 Sherwood Ridge Way, Powhatan, VA 23139.

2.      This court has exclusive jurisdiction over the property in question under 28 U.S.C. Section 1334. This is a core matter.

3.      The debtor filed for relief under Chapter 13 on December 6, 2014. The Chapter 13 plan has been confirmed. The confirmed plan's provision in section 11 stated that the real property located at 3232 Sherwood Ridge Way, Powhatan, VA would be sold no later than December 31, 2015. Pursuant to the confirmed plan, the unsecured creditors will receive a 100% dividend upon the sale of the property. The legal description of the real property is as follows:

> Land Situated in the County of Powhatan in the State of VA
>
> ALL that certain lot, piece or parcel of land, with improvements thereon and appurtenances thereto belonging, lying and being in Powhatan County, Virginia, shown and designated as Lot 14, Block A, Section A, Sherwood, on subdivision plat of Sherwood, Section A, prepared by Balzer and Associates, Inc., dated June 12, 1989, and recorded June 15, 1989, in the Clerk's Office, Circuit Court of Powhatan County, Virginia, in Plat Cabinet D, Slides 161 and 162, to which plat reference is made for a more particular description.
>
> Being the same property conveyed to JOHN MADISON BREEDEN, unmarried, by deed dated November 20, 1991 of record in Deed Book 240, Page 127, in the County Clerk's Office.
>
> Commonly known as:  3232 Sherwood Ridge Way, Powhatan, VA 23139-4324

**Christopher M. Winslow, Esquire #76156**
**Winslow & McCurry, PLLC**
1324 Sycamore Square
Suite 202C
Midlothian, VA 23113
Office: (804) 423-1382
Fax: (804) 423-1383

4.     The Debtor has sought the advice of a real estate professional and believes that $205,000 is comparable to the value of the real property. The debtor has obtained a ratified contract on the real property in the amount of $205,000.

5.     There is a Deed of Trust on the property in favor of Ocwen Loan Servicing, LLC. The debtor estimates that the Ocwen Loan Servicing, LLC payoff is approximately $125,000. Ocwen Loan Servicing, LLC filed a proof of claim on or about May 4, 2015 in the amount of $115,098.21. The claim is also known as claim #5. The claim reflects an arrearage in the approximate amount of $6,540.61. The arrearage claim will be paid by the seller's attorney upon the sale of the real property.

6.     The debtor is entitled to the proceeds from the sale of the real property above the 100% dividend payout of the Chapter 13 and the payoff of Ocwen Loan Servicing, LLC payoff.

7.     The debtor proposes that the HUD1 allow the closing agent to disburse the balance of the funds from the closing to pay the mortgage holder, Ocwen Loan Servicing, LLC. In addition, the closing attorney shall be allowed to disburse funds pursuant to the HUD1 for realtor commissions, closing cost and payment to the Trustee, Carl M. Bates. The Debtor anticipates the percentage paid to the Trustee, Carl M. Bates will pay all timely filed claims at the dividend of 100%. The closing agent will disburse approximately $44,000 to the Trustee, Carl M. Bates. The disbursement to the Trustee, Carl M. Bates does not include claim #5 which will be paid upon the disbursement to the mortgage holder, Ocwen Loan Servicing, LLC.

8.     The Debtor shall provide the Chapter 13 Trustee with a final HUD1 prior to any disbursements of funds. The Chapter 13 Trustee will take into account the funds paid pursuant to the HUD1 when disbursing balances due on claims pursuant to the confirmed plan herein.

**Christopher M. Winslow, Esquire #76156**
**Winslow & McCurry, PLLC**
1324 Sycamore Square
Suite 202C
Midlothian, VA 23113
Office:  (804) 423-1382
Fax:  (804) 423-1383

9. The Trustee, Carl M. Bates will issue a report of completion of plan payments upon the disbursement of the timely filed claims receiving a 100% dividend.

WHEREFORE, the Debtor prays that this Court enter an Order: (1) Permitting the sale of the Real Property; (2) Directing the sale proceeds to be paid by the closing agent to: Mortgage holder, Ocwen Loan Servicing, LLC, Trustee, Carl M. Bates in accordance with the confirmed Chapter 13 plan and the Debtor, John M. Breeden to be paid remaining monies not paid out to realtor commission, closing cost, Ocwen Loan Servicing, LLC and the Trustee, Carl M. Bates.

June 6, 2015

                                                      John M. Breeden

                                                      By:  /s/  Christopher M. Winslow, Esq.
                                                      Counsel for the debtors

**Christopher M. Winslow, Esquire #76156**
**Winslow & McCurry, PLLC**
1324 Sycamore Square
Suite 202C
Midlothian, VA 23113
Office:  (804) 423-1382
Fax:  (804) 423-1383

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of June 2015, the foregoing document was electronically served and/or mailed first class, postage prepaid to all creditors as set forth on the attached list of names and addresses.

                                                      /s/ Christopher M. Winslow
                                                    Christopher M. Winslow, Esq. VSB 76156

**Christopher M. Winslow, Esquire #76156**
**Winslow & McCurry, PLLC**
1324 Sycamore Square
Suite 202C
Midlothian, VA 23113
Office:  (804) 423-1382
Fax:  (804) 423-1383

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:

    **John M. Breeden**                      Case No. **14-36523**
    3232 Sherwood Ridge Way        Chapter 13
    Powhatan, VA 23139
    SSN: xxx-xx-6710

            Debtor

## NOTICE OF MOTION

<u>John M. Breeden</u>**,** (Debtor) has filed papers with the Court to: Sell Real Property.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this case.  (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before **June 10, 2015**, you or your lawyer must:

☐    File with the court, at the address below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough for the court to receive it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 E. Broad Street
        Richmond, VA 23219

You must also mail a copy to:

        Christopher M. Winslow, Esq.
        1324 Sycamore Square, Suite 202C
        Midlothian, VA 23213

☒    Attend a hearing to be held at 701 E. Broad Street, Room 5000 Richmond, VA 23219 on **June 10, 2015 @ 12:00 P.M**. if any objections to said sale are filed with the Court.  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

    If you or your attorney do not takes these steps, the Court may decide that you do not oppose the action requested/objection to your claim.


Date:   June 6, 2015                      /s/ Christopher M. Winslow
                                                        **Christopher M. Winslow, Esquire #76156**

**Christopher M. Winslow, Esquire #76156**
**Winslow & McCurry, PLLC**
1324 Sycamore Square
Suite 202C
Midlothian, VA 23113
Office:  (804) 423-1382
Fax:  (804) 423-1383

Certificate of Service

The undersigned hereby certifies that on this 6<u>th</u> <u>day of June 2015</u>, the foregoing document was electronically served and/or mailed first class, postage prepaid to all creditors as set forth on the attached list of names and addresses.

  /s/ Christopher M. Winslow
Christopher M. Winslow, Esq. VSB #76156

**Christopher M. Winslow, Esquire #76156**
**Winslow & McCurry, PLLC**
1324 Sycamore Square
Suite 202C
Midlothian, VA 23113
Office:  (804) 423-1382
Fax:  (804) 423-1383

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 14-36523-KRH<br>Eastern District of Virginia<br>Richmond<br>Sun Jun  7 22:18:29 EDT 2015 | Ocwen Loan Servicing, LLC<br>McCabe, Weisberg & Conway, LLC<br>312 Marshall Avenue<br>Suite 800<br>Laurel, MD 20707-4808 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| Commonwealth of VA-Tax<br>P.O. Box 2156<br>Richmond, VA 23218-2156 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 |
| Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>P.O. BOX 24605<br>West Palm Beach, FL 33416-4605 | Union Bank & Trust<br>PO Box 940<br>Ruther Glen, VA 22546-0940 | Union1stmk<br>Po Box 446<br>Bowling Green, VA 22427-0446 |
| Wells Fargo Bank<br>Po Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328-0001 | Winslow & McCurry, PLLC<br>Christopher M. Winslow<br>1324 Sycamore Square<br>Midlothian, VA 23113-4668 |
| eCAST Settlement Corporation assignee of Cit<br>NA<br>POB 29262<br>New York NY 10087-9262 | Carl M. Bates<br>P. O. Box 1819<br>Richmond, VA 23218-1819 | Christopher Mark Winslow<br>Winslow & McCurry, PLLC<br>1324 Sycamore Square, Suite 202C<br>Midlothian, VA 23113-4668 |
| John M. Breeden<br>3232 Sherwood Ridge Way<br>Powhatan, VA 23139-4324 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Insolvency Unit<br>Post Office Box 21126<br>Philadelphia, PA 19114-0000 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     0<br>Total                  18 |