Christopher M. Winslow, Esquire #76156
Winslow & McCurry, PLLC
1324 Sycamore Square
Suite 202C
Midlothian, VA 23113
Office: (804) 423-1382
Fax: (804) 423-1383

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:

**John M. Breeden**　　　　　　　　　　　　　Case No. **14-36523**
3232 Sherwood Ridge Way　　　　　　　　　Chapter 13
Powhatan, VA 23139
SSN: xxx-xx-6710
　　　　　Debtor

### MOTION TO SHORTEN NOTICE PERIOD
### and EXPEDITE HEARING
### Motion to Sell Real Property

COMES NOW the debtor, John M. Breeden by counsel and moves this Court pursuant to Local Rule 9013-1 (N) to set a hearing on the Debtor's Motion to Sell Real Property for a hearing as soon as practical and the Shorten the Notice period in this matter. In support of this Motion the debtor states as follows:

1. Debtor has filed a Motion to Sell Real Property.

2. Debtor contacted attorney with information necessary to file the Motion to Sell Real Property on June 5, 2015.

3. An emergency exists in that the debtor has received a ratified contract on the property.

WHEREFORE, Debtor requests that the Court shorten the notice period on the debtor's Motion to Sell Real Property and to set an Expedite hearing in this matter as soon as practical and for any and all other relief just and proper.

　　　　　　　　　　　　　　　　　　　　　　　　John M. Breeden

　　　　　　　　　　　　　　　　　　　　　　By　/s/ Christopher M. Winslow
　　　　　　　　　　　　　Certification

I Christopher M. Winslow certify that I am the attorney for the debtor and further that I have:
(1) Carefully examined the matter and concluded that there is a true need for an
emergency hearing,
(2) Not created the emergency through any lack of due diligence, and
(3) Have made a *bona fide* effort to resolve the matter without hearing. (There is no way to resolve this issue without an Order from the Court)

　　　　　　　　　　　　　　　　　　　　　　/s/ Christopher M. Winslow

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Shorten Notice Period and Motion for an Expedited hearing and the Notice of Motion was mailed by electronic means or by first class mail, this June 6, 2015 to the debtor, the Chapter 13 Trustee and all creditors and other parties of interest herein.

　　　　　　　　　　　　　　　　　　　　　　/s/ Christopher M. Winslow

Christopher M. Winslow, Esquire #76156
Winslow & McCurry, PLLC
1324 Sycamore Square
Suite 202C
Midlothian, VA 23113
Office: (804) 423-1382
Fax: (804) 423-1383

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:

**John M. Breeden**                                              Case No. **14-36523**
3232 Sherwood Ridge Way                               Chapter 13
Powhatan, VA 23139
SSN: xxx-xx-6710
                         Debtor

**NOTICE OF MOTION TO SHORTEN NOTICE PERIOD**
**and EXPEDITE HEARING**

Counsel for Debtor has filed papers with the court to Shorten the Notice Period on the debtor's Motion to Sell Real Property.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case.  If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion then you or your attorney must file with the court, at the address shown below, a written request for a hearing or a written response pursuant to Local Bankruptcy Rule 9013-1 (H).  If you mail your request for hearing or response to the court for filing, you must mail it early enough so the court will **receive it at least two days prior to the hearing on the Motion to Sell Real Propertythat will be set by the Court in this matter** at the United States Bankruptcy Court, 701 East Broad Street, Suite 310, Richmond, Virginia, Richmond, VA 23219.

**You must also mail a copy to:**

Christopher M. Winslow            Chapter 13 Trustee
Winslow & McCurry, PLLC         Carl M. Bates
1324 Sycamore Square, Ste 202C   P.O. Box 1819
Midlothian, VA 23113             Richmond, VA 23218-1819

**NOTICE IS HEREBY GIVEN PURSUANT TO LOCAL RULE 9013-1, UNLESS A WRITTEN RESPONSE TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY NOT LESS THAN (TWO)  2 DAYS PRIOR TO THE HEARING SCHEDULED FOR JUNE 10, 2015 @ 12:00 P.M. ON THE MOTION TO SELL REAL PROPERTY, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND ISSUE AN ORDER SUSTAINING THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

                                             /s/ Christopher M. Winslow
                                             Christopher M. Winslow

Christopher M. Winslow, Esquire #76156
Winslow & McCurry, PLLC
1324 Sycamore Square
Suite 202C
Midlothian, VA 23113
Office: (804) 423-1382
Fax: (804) 423-1383

## United States Bankruptcy Court
## Eastern District of Virginia
## Richmond Division

In re:

**John M. Breeden**                                      Case No. **14-36523**
3232 Sherwood Ridge Way                                  Chapter 13
Powhatan, VA 23139
SSN: xxx-xx-6710
               Debtor

### NOTICE of HEARING

PLEASE TAKE NOTICE that on **June 10, 2015 @ 12:00pm** or as soon thereafter as is practical, we will appear before the Honorable Kevin R. Huennekens in Room 5000 of the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division located at 701 East Broad Street, Richmond, Virginia on **the Debtor's Motion to Sell Real Property**.

               John M. Breeden

BY:     /s/ Christopher M. Winslow
       Counsel

### CERTIFICATE

I hereby certify that on  June 6, 2015, I mailed the foregoing document by electronic means or first class mail, postage pre-paid to:, U.S. Trustee, 701 E. Broad Street, Suite 4300, Richmond, VA 23219,  the debtor(s), the Chapter 13 Trustee and all creditors and parties of interest herein.

       /s/ Christopher M. Winslow
       Christopher M. Winslow

```
Label Matrix for local noticing          Ocwen Loan Servicing, LLC               United States Bankruptcy Court
0422-3                                    McCabe, Weisberg & Conway, LLC          701 East Broad Street
Case 14-36523-KRH                         312 Marshall Avenue                     Richmond, VA 23219-1888
Eastern District of Virginia              Suite 800
Richmond                                  Laurel, MD 20707-4808
Sun Jun  7 22:18:29 EDT 2015

American Express Centurion Bank           Amex                                    Citi
c/o Becket and Lee LLP                    Po Box 297871                           Po Box 6241
POB 3001                                  Fort Lauderdale, FL 33329-7871          Sioux Falls, SD 57117-6241
Malvern  PA 19355-0701


Commonwealth of VA-Tax                    (p)INTERNAL REVENUE SERVICE             Ocwen Loan Servicing L
P.O. Box 2156                             CENTRALIZED INSOLVENCY OPERATIONS       12650 Ingenuity Dr
Richmond, VA 23218-2156                   PO BOX 7346                             Orlando, FL 32826-2703
                                          PHILADELPHIA PA 19101-7346


Ocwen Loan Servicing, LLC                 Union Bank & Trust                      Union1stmk
Attn: Bankruptcy Department               PO Box 940                              Po Box 446
P.O. BOX 24605                            Ruther Glen, VA 22546-0940              Bowling Green, VA 22427-0446
West Palm Beach, FL 33416-4605


Wells Fargo Bank                          Wells Fargo Card Services               Winslow & McCurry, PLLC
Po Box 14517                              1 Home Campus 3rd Floor                 Christopher M. Winslow
Des Moines, IA 50306-3517                 Des Moines, IA 50328-0001               1324 Sycamore Square
                                                                                  Midlothian, VA 23113-4668


eCAST Settlement Corporation assignee of Cit   Carl M. Bates                      Christopher Mark Winslow
NA                                        P. O. Box 1819                          Winslow & McCurry, PLLC
POB 29262                                 Richmond, VA 23218-1819                 1324 Sycamore Square, Suite 202C
New York NY 10087-9262                                                            Midlothian, VA 23113-4668


John M. Breeden
3232 Sherwood Ridge Way
Powhatan, VA 23139-4324
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service                  End of Label Matrix
Insolvency Unit                           Mailable recipients    18
Post Office Box 21126                     Bypassed recipients     0
Philadelphia, PA 19114-0000               Total                  18
```